# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Docket No. 08-mj-120-GZS |
| JOHN DOE, | ) |
|     a/k/a LLOYD LAMEEK LYTTLE | ) |
| | ) |
|     Defendant. | ) |

## ORDER AFFIRMING THE RELEASE ORDER OF THE MAGISTRATE JUDGE

Before the Court is the Government's Motion for Review of Release Order (Docket # 20). The Motion is hereby DENIED and the decision of the Magistrate Judge is AFFIRMED.

Via this Motion, the Government seeks review of the October 23, 2008 decision of the United States Magistrate Judge denying the Government's Motion for Detention and setting conditions of release (Docket #s 17 & 23). Pursuant to the Government's oral motion for a stay, the Magistrate Judge stayed his decision in order to allow review by this Court. (Docket #s 15 & 16.) The Government and Defendant have briefed this issue on an expedited basis.

Pursuant to 18 U.S.C. § 3145, the Court has conducted a prompt review of the entire record and made a _de novo_ determination of the factors to be considered under 18 U.S.C. § 3142(g). I concur with the findings of the United States Magistrate Judge for the reasons set forth on the record at the hearing and in the Addendum to Order Setting Conditions of Release (Docket # 23), and determine that the Order Setting Conditions of Release reflects the least restrictive combination of conditions that will reasonably assure the defendant's appearance and the safety of other persons and the community.

Accordingly, the Court AFFIRMS the Order Setting Conditions of Release (Docket # 17 & 23) of the Magistrate Judge. The Stay imposed by the Magistrate Judge (Docket # 15) is hereby lifted and the Defendant may be released in accordance with the terms of the Order Setting Conditions of Release.

SO ORDERED.

                                                                   /s/ George Z. Singal
                                                                    Chief U.S. District Judge

Dated this 27th day of October, 2008.